CHELSEA HOTEL CORP., RESPONDENT, v. NATHAN
GELLES, APPELLANT.

Submitted May 29, 1942—Decided September 18, 1942.

104

For the appellant, *Louis B. LeDuc.*

For the respondent, *Gorson & Gorson.*

Per Curiam.

The judgment under review will be affirmed, for the reasons expressed in the opinion of Judge Jayne.

*For affirmance*—The Chancellor, Chief Justice, Parker, Case, Bodine, Donges, Heher, Perskie, Porter, Colie, Dear, Wells, Rafferty, Hague, Thompson, JJ. 15.

*For reversal*—None.